## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 12, 2022

Mr. Zachary A. Avallone
U.S. Department Of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. Christopher M. McLaughlin
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Re:   Case No. 22-3772, *Allstates Refractory Contractors, LLC v. Martin Walsh, et al*
      Originating Case No. : 3:21-cv-01864

Dear Counsel,

   This appeal has been docketed as case number **22-3772** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 26, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
|            | Appearance of Counsel                                        |
| Appellant: | Civil Appeal Statement of Parties & Issues                   |
|            | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

        Appellee:    Appearance of Counsel

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Leon T. Korotko
        Case Manager
        Direct Dial No. 513-564-7069

cc:  Mr. J. Benjamin Aguinaga
     Mr. Anthony J Dick
     Mr. John Matthew Gore
     Mr. Brett Shumate

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 22-3772

ALLSTATES REFRACTORY CONTRACTORS, LLC

    Plaintiff - Appellant

v.

MARTIN J. WALSH, in his official capacity as Secretary of Labor; U.S. DEPARTMENT OF LABOR; JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO

    Defendants - Appellees