UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin J. Walsh, et al.**

List all clients you represent in this appeal:

**Plaintiff-Appellant Allstates Refractory Contractors, LLC**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **J. Benjamin Aguinaga**    Signature: s/ **J. Benjamin Aguinaga**

Firm Name: **Jones Day**

Business Address: **2727 N. Harwood St. Suite 500**

City/State/Zip: **Dallas, TX 75201**

Telephone Number (Area Code): **214-220-3939**

Email Address: **jbaguinaga@jonesday.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---