UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin J. Walsh, et al.**

List all clients you represent in this appeal:

**Plaintiff-Appellant Allstates Refractory Contractors, LLC**

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brett A. Shumate**     Signature: s/ **Brett A. Shumate**

Firm Name: **Jones Day**

Business Address: **51 Louisiana Ave., NW**

City/State/Zip: **Washington, D.C. 20001**

Telephone Number (Area Code): **202-879-3939**

Email Address: **bshumate@jonesday.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---