# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-3772**     Case Manager: **Leon T. Korotko**

Case Name: **Allstates Refractory Contractors, LLC v. Martin Walsh, et al.**

Is this case a cross appeal?  ☐ Yes   ☑ No

Has this case or a related one been before this court previously?   ☐ Yes   ☑ No

If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against Defendants-Appellees Martin J. Walsh, in his official capacity as Secretary of Labor; U.S. Department of Labor; Douglas L. Parker, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; and Occupational Safety & Health Administration, U.S. Department of Labor.**
>
> **Plaintiff-Appellant Allstates Refractory Contractors, LLC proposes to raise the following issue: Whether the district court erred in granting Appellees' motion for summary judgment--and denying Appellant's motion for summary judgment--on the ground that Congress's delegation of power to OSHA to promulgate permanent safety standards is constitutional.**

This is to certify that a copy of this statement was served on opposing counsel of record this **23rd** day of **September**, **2022**.

/s/ Brett A. Shumate
Name of Counsel for Appellant