UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors** vs. **Martin Walsh, et al.**

List all clients you represent in this appeal:

> **Martin J. Walsh, in his official capacity as Sec'y of Labor; U.S. Dept. of Labor; James Frederick, in his official capacity as Acting Assistant Sec'y of Labor for Occupational Safety and Health; Occupational Safety and Health Administration**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Courtney L. Dixon**    Signature: s/ **Courtney L. Dixon**

Firm Name: **U.S. Department of Justice, Civil Division, Appellate Staff**

Business Address: **950 Pennsylvania Ave NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-353-8189**

Email Address: **courtney.l.dixon@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---