UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin Walsh, et al.**

List all clients you represent in this appeal:

**Americans for Prosperity Foundation**

☐ Appellant         ☐ Petitioner         ☑ Amicus Curiae         ☐ Criminal Justice Act
☐ Appellee          ☐ Respondent         ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael Pepson**         Signature: s/ **Michael Pepson**

Firm Name: **Americans for Prosperity Foundation**

Business Address: **1310 N. Courthouse Road, Ste. 700**

City/State/Zip: **Arlington, VA 22201**

Telephone Number (Area Code): **(571) 329-4529**

Email Address: **mpepson@afphq.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |