UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors LLC** vs. **Martin Walsh, et al.**

List all clients you represent in this appeal:

**New Civil Liberties Alliance**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sheng Li**                    Signature: s/ **Sheng Li**

Firm Name: **New Civil Liberties Alliance**

Business Address: **1225 19th Street NW**

City/State/Zip: **Washington DC 20036**

Telephone Number (Area Code): **202-586-5210**

Email Address: **sheng.li@ncla.legal**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17