UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors LLC** vs. **Walsh**

List all clients you represent in this appeal:

**National Association of Home Builders**
**National Federation of Independent Business**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brett E. Legner**     Signature: s/ **Brett E. Legner**

Firm Name: **Mayer Brown LLP**

Business Address: **71 S. Wacker Drive**

City/State/Zip: **Chicago, IL**

Telephone Number (Area Code): **60606**

Email Address: **blegner@mayerbrown.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.