No. 22-3772

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ALLSTATES REFRACTORY CONTRACTORS, LLC,

*Plaintiff-Appellant,*

v.

MARTIN WALSH ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Ohio, Western Division (Zouhary, J.)
Case No. 3:21-cv-1864

# MOTION OF NATIONAL ASSOCIATION OF HOME BUILDERS AND NATIONAL FEDERATION OF INDEPENDENT BUSINESS FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF APPELLANT AND REVERSAL

Timothy S. Bishop
Brett E. Legner
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for Amici Curiae*

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 22-3772      Case Name: Allstates Refractory Contractors v. Walsh

Name of counsel: Timothy S. Bishop

Pursuant to 6th Cir. R. 26.1, Nat'l Ass'n of Home Builders & Nat'l Fed. of Indep. Business
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

---

**CERTIFICATE OF SERVICE**

I certify that on _____ November 15, 2022 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Timothy S. Bishop
Mayer Brown LLP
71 S. Wacker Drive, Chicago IL 60606

---

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

i

The National Association of Home Builders (NAHB) and the National Federation of Independent Business (NFIB) hereby move for leave to file a brief as amici curiae in support of Plaintiff-Appellant and seeking reversal.

Counsel for both parties have consented to the filing of the amicus brief.

NAHB is a trade association whose mission is to enhance the climate for housing and the building industry. About one-third of NAHB's approximately 120,000 members are home builders or remodelers, who construct 80% of all homes in the United States. The remaining members are associates working in closely related fields within the housing industry, such as environmental consulting, mortgage finance and building products and services. NAHB provides a robust array of educational resources, safety training materials, and other content to educate employers and employees about workplace safety.

NFIB is the nation's leading small business association. Its membership spans the spectrum of business operations, ranging from sole proprietor enterprises to firms with hundreds of employees. NFIB's

mission is to promote and protect the right of its members to own, operate, and grow their businesses.

Thousands of NAHB's and NFIB's members are employers who are subject to permanent workplace-safety standards issued by the Occupational Safety and Health Administration (OSHA) under the Occupational Safety and Health Act (the Act), 29 U.S.C. § 655(b). The district court's judgment rejecting the challenge to OSHA's authority to issue workplace-safety standards brought by Plaintiff-Appellant Allstates Refractory Contractors, LLC, directly impacts NAHB's and NFIB's members' interests that the legislative workplace-safety rules to which they are subject are validly enacted.

NAHB and NFIB seek to file an amicus brief to address the proper standard by which to judge whether Congress has violated the nondelegation rule, the constitutional and historical bases for the doctrine, and other congressional workplace-safety and construction statutes that do not violate the nondelegation principles central to the constitutional design.

This motion and the amicus brief are being filed within the time allowed by Rule 29(b), because the Appellant's brief was filed on November 8, 2022.

## CONCLUSION

The motion for leave to file an amicus brief in support of Plaintiff-Appellant and reversal should be granted.

November 15, 2022                     Respectfully submitted,

/s/ *Timothy S. Bishop*
Timothy S. Bishop
Brett E. Legner
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60601
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for* Amici Curiae

-4-

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on November 15, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Timothy S. Bishop*
Timothy S. Bishop
*Counsel for Amici Curiae*