UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC**  vs. **Walsh, et. al.**

List all clients you represent in this appeal:

**Liberty Justice Center**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jeffrey D. Jennings**   Signature: s/ **Jeffrey D. Jennings**

Firm Name: **Liberty Justice Center**

Business Address: **440 N. Wells Street, Suite 200**

City/State/Zip: **Chicago, Illinois 60654**

Telephone Number (Area Code): **(312) 637-2280**

Email Address: **jjennings@libertyjusticecenter.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.