UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **ALLSTATES REFRACTORY, LLC** vs. **MARTIN WALSH, et al.**

List all clients you represent in this appeal:

**The Buckeye Institute**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David C. Tryon**   Signature: s/ **David C. Tryon**

Firm Name: **The Buckeye Institute**

Business Address: **88 East Broad Street, Suite 1300**

City/State/Zip: **Columbus, OH 43215**

Telephone Number (Area Code): **(614) 224-4422**

Email Address: **d.tryon@buckeyeinstitute.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---