UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors** vs. **Walsh, et al.**

List all clients you represent in this appeal:

**Pacific Legal Foundation**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Oliver J. Dunford**      Signature: s/ **Oliver J. Dunfield**

Firm Name: **Pacific Legal Foundation**

Business Address: **4440 PGA Blvd., Suite 307**

City/State/Zip: **Palm Beach Gardens, Florida 33410**

Telephone Number (Area Code): **(561) 691-5000**

Email Address: **odunford@pacificlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---