IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>MARTIN WALSH, in his official capacity as Secretary of Labor, et al.,<br><br>Defendants-Appellees. | No. 22-3772 |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Fed. R. App. P. 26 & 27, and Circuit Rule 26, the parties respectfully request that the remaining briefing deadlines be extended as follows:

    Appellees' Brief         January 23, 2023

    Appellant's Reply Brief    March 15, 2023

In support of this joint motion, the parties state the following:

1. Appellant timely filed its opening brief in this appeal on November 8, 2022. Pursuant to the original briefing schedule issued on September 29, 2022, the government's appellee brief is currently due on December 8, 2022, and appellant's reply brief is currently due December 29, 2022. The parties have not previously sought an extension in this case.

2.  The government respectfully requests a 45-day extension of time, to and including January 23, 2023, to file its appellee brief.  The undersigned counsel represent that the requested extension is necessary to ensure adequate time to prepare and file the brief in light of other appellate deadlines and commitments of government counsel, and to ensure sufficient time to coordinate review with the agency and other interested components of the government.

Courtney Dixon, who has primary responsibility for the government's brief in this case, will be on vacation for the Thanksgiving holiday from November 21 through November 25, 2022.  Ms. Dixon will be presenting oral argument in *Oklahoma, et al. v. United States, et al.*, No. 22-5487 (6th Cir.), on December 7, 2022.  Alisa Klein is the supervisor on this case and also has supervisory responsibility for the following briefs and oral arguments in the courts of appeals: *Ducey v. Yellen*, No. 22-16101 (9th Cir.) (response brief due November 21, 2022); *Restaurant Law Ctr. & TX Restaurant Assoc. v. DOL, et al.*, No. 22-50145 (5th Cir.) (oral argument scheduled for December 6, 2022); *Texas, et al. v. Yellen, et al.*, No. 22-10560 (5th Cir.) (reply brief due December 14, 2022); *Wall v. CDC*, No. 22-11532 (11th Cir.) (response brief due December 14, 2022); *Andreadakis v. CDC*, No. 22-1953 (4th Cir.) (response brief due December 21, 2022); *Intra-National Home Care LLC, et al. v. Labor, et al.*, No. 22-2638 (3d Cir.) (response brief due January 12, 2023).

3.  If the Court extends the time to file the government's appellee brief as requested, the appellant's reply brief would ordinarily be due on February 13, 2023.

The appellant respectfully requests a further 30-day extension of time, to and including March 15, 2023, to file its reply brief.

4. Counsel for the appellant has authorized the undersigned to state that this motion is filed on behalf of all parties.

                              Respectfully submitted,

                              ALISA B. KLEIN
                               /s/ **Courtney L. Dixon**
                              COURTNEY L. DIXON
                              (202) 353-8189
                                 Attorneys, Appellate Staff
                                 Civil Division
                                 U.S. Department of Justice
                                 950 Pennsylvania Ave., N.W.
                                 Room 7248
                                 Washington, D.C.  20530

NOVEMBER 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished automatically by the appellate CM/ECF system on all other counsel, who are CM/ECF participants.

                                          **/s/ Courtney L. Dixon**
                                          COURTNEY L. DIXON