UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Walsh**

List all clients you represent in this appeal:

**Public Citizen**

☐ Appellant     ☐ Petitioner     ☒ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor                  (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Allison M. Zieve**     Signature: s/ **Allison M. Zieve**

Firm Name: **Public Citizen Litigation Group**

Business Address: **1600 20th Street NW**

City/State/Zip: **Washington, DC 20009**

Telephone Number (Area Code): **202-588-1000**

Email Address: **azieve@citizen.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |