UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin Walsh, et al.**

List all clients you represent in this appeal:

**Environmental Defense Fund**

☐ Appellant　　☐ Petitioner　　☒ Amicus Curiae　　☐ Criminal Justice Act
☐ Appellee　　☐ Respondent　　☐ Intervenor　　　　　　(Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sean H Donahue**　　Signature: s/ **Sean H. Donahue**

Firm Name: **Donahue & Goldberg, LLP**

Business Address: **1008 Pennsylvania Ave., SE**

City/State/Zip: **Washington, DC 20003**

Telephone Number (Area Code): **(202) 277 7085**

Email Address: **sean@donahuegoldberg.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |