UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin J. Walsh, et al.**

List all clients you represent in this appeal:

**International Safety Equipment Association, National Safety Council, American Industrial Hygiene Association, American Society of Safety Professionals, Board of Certified Safety Professionals, American College of Occupational and Environmental Medicine, National Environmental Health Association, American Association of Occupational Health Nurses, Human Factors and Ergonomics Society, National Committee of Occupational Safety and Health, Worker Injury Law and Advocacy Group, and National Employment Law Project**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor               (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Pamela M. Newport**     Signature: s/ **Pamela M. Newport**

Firm Name: **Branstetter, Stranch & Jennings, PLLC**

Business Address: **425 Walnut Street, Ste. 2315**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **(513) 381-2224**

Email Address: **pamelan@bsjfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---