UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **No. 22-3772**

Case Title: **Allstates Refractor Contractors, LLC** vs. Walsh

List all clients you represent in this appeal:

**Sierra Club**

| ☐ Appellant | ☐ Petitioner | ☒ Amicus Curiae | ☐ Criminal Justice Act |
| ☐ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sanjay Narayan**  Signature: s/ **Sanjay Narayan**

Firm Name: **Sierra Club Environmental Law Program**

Business Address: **2101 Webster St., Ste. 1300**

City/State/Zip: **Oakland CA 94612**

Telephone Number (Area Code): **(415) 977-5769**

Email Address: **sanjay.narayan@sierraclub.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---