No. 22-3772

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

ALLSTATES REFRACTORY CONTRACTORS, LLC,
*Plaintiff-Appellant,*

v.

MARTIN J. WALSH, *et al.*,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Ohio
(3:21-cv-1864)

**MOTION FOR LEAVE TO FILE BRIEF OF MAIN STREET ALLIANCE AND AMERICAN SUSTAINABLE BUSINESS NETWORK AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLEES**

Ben Seel
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

*Counsel for Proposed* Amici Curiae

Pursuant to Federal Rule of Appellate Procedure 29, Proposed *Amici Curiae* move for leave to file the attached brief in support of Defendants-Appellees.

Main Street Alliance ("MSA") is a national network of small businesses, which provides its members with a platform to express views on issues affecting their business, employees, and local economies. MSA's members include approximately 30,000 small businesses across the country. MSA helps small business owners realize their full potential as leaders for a just future that prioritizes good jobs, equity, and community through organizing, research, and policy advocacy, including around issues relating to the Occupational Health and Safety Administration's ("OSHA") authority to set and enforce workplace safety standards relevant to this case.

The American Sustainable Business Network ("ASBN") is a multi-issue membership organization, which is comprised of the business and investor community.[1] It develops and advocates for

---

[1] "ASBN was founded through the merger of the American Sustainable Business Council and Social Venture Circle." ASBN, LinkedIn, https://www.linkedin.com/company/asbnetwork/ (last visited Jan. 26, 2023).

1

solutions for policymakers, business leaders, and investors to support an equitable and just economy that benefits all. ASBN and its association members collectively represent over 250,000 businesses, more than 400 of which are in Ohio. ASBN has been a long-time advocate for a High Road Economy, centered on healthy, high-quality workplaces and jobs. Therefore, ASBN has an interest in ensuring that OSHA retains authority to set and enforce workplace safety rules, which keep workers safe and the economy moving forward.

Under Rule 29, courts accept *amicus* briefs where "the proffered information of amicus is timely, useful, or otherwise necessary to the administration of justice." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991); *see also* Fed. R. App. P. 29(a)(3)(B) (requiring *amicus* parties to state why their brief "is desirable and why the matters asserted are relevant to the disposition of the case").

Proposed *Amici* meet that standard here by explaining that employee safety is a bottom-line business issue because safe workplaces keep employees on the job, which saves employers from paying injury-related costs and also makes it easier to hire and retain quality employees. Proposed *Amici*'s view is supported by the experiences of

their member businesses, as well as by numerous studies showing that enforcement of workplace safety rules saves businesses money by decreasing costly workplace injuries. Thus, the proposed brief rebuts the assumptions underlying Plaintiff-Appellant's challenge and persuasively demonstrates that OSHA's permanent safety standards provide a benefit to the business community by establishing uniform, best safety practices that promote the health and well-being of their human resources.

Accordingly, Proposed *Amici* have a strong interest in this case and present information that is "timely, useful, or otherwise necessary to the administration of justice" in this matter. *See Michigan*, 940 F.2d at 165. Proposed *Amici* thus respectfully request that the Court grant their motion for leave to file the attached brief as *amici curiae*, as numerous other appellate courts have done.[2]

---

[2] *See, e.g.*, Clerk Ltr., *Rest. L. Ctr. v. LABR*, No. 22-50145 (5th Cir. July 18, 2022) (acknowledging filing of *amicus* brief filed on behalf of MSA and ASBN); Clerk Ord., *Johnson v. NPAS Sols., LLC*, No. 18-12344 (11th Cir. Nov. 5, 2020) (granting MSA, among other proposed *amici*, leave to file); Clerk Ord., *Custom Hair Designs by Sandy v. Cent. Payment Co., LLC*, No. 20-1677 (8th Cir. Aug. 5, 2020) (granting MSA leave to file *amicus curiae* brief); Clerk Ord., *Juliana v. United States*, No. 18-36082 (9th Cir. Mar. 4, 2019) (ordering that brief of ASBN's predecessor entity—the American Small Business Council—is filed).

Counsel for Proposed *Amici* has consulted with the parties' counsel. Counsel for all parties have consented to this motion.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amici* state that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than Proposed *Amici* and their counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

Respectfully submitted,

/s/ *Ben Seel*
Ben Seel
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34554
Washington, D.C. 20043
bseel@democracyforward.org

*Counsel for Proposed* Amici Curiae

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 6th Cir. R. 32(b), this document contains 663 words according to the word count function of Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5), the type-style requirements of Fed. R. App. P. 32(a)(6), and 6th Cir. R. 32 because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

*/s/ Ben Seel*

Date: January 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, a true and accurate copy of the foregoing proposed brief was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

*/s/ Ben Seel*

Date: January 30, 2023