UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin J. Walsh, et al.**

List all clients you represent in this appeal:

**Main Street Alliance and the American Sustainable Business Network.**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent  ☐ Intervenor  (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Ben Seel**  Signature: s/ **Ben Seel**

Firm Name: **Democracy Forward Foundation**

Business Address: **P.O. Box 34553**

City/State/Zip: **Washington, DC 20043**

Telephone Number (Area Code): **(202) 448-9090**

Email Address: **bseel@democracyforward.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.