UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: 22-3772

Case Title: Allstate Refractory Contractors, LLC   vs. Martin Walsh, et al.

List all clients you represent in this appeal:

American Federation of Labor & Congress of Industrial Organizations and North America's Building Trades Unions

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Craig Becker   Signature: s/ Craig Becker

Firm Name: American Federation of Labor & Congress of Industrial Organizations

Business Address: 815 Black Lives Matter Plaza, NW

City/State/Zip: Washington, DC 20006

Telephone Number (Area Code): 202-637-5397/202-637-5310

Email Address: cbecker@aflcio.org

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17