UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-3772**

Case Title: **Allstates Refractory Contractors, LLC** vs. **Martin Walsh**

List all clients you represent in this appeal:

**Professors Julian Davis Mortenson and Nicholas Bagley**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brianne J. Gorod**       Signature: s/ **Brianne J. Gorod**

Firm Name: **Constitutional Accountability Center**

Business Address: **1200 18th Street NW, Suite 501**

City/State/Zip: **Washington, D.C. 20036**

Telephone Number (Area Code): **(202) 296-6889**

Email Address: **brianne@theusconstitution.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---