UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 22-3772

Case Title: Allstate Refractory Contractor, LLC  vs. Martin Walsh, et al.

List all clients you represent in this appeal:

American Federation of Labor and Congress of Industrial Organizations

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                  (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Randy Rabinowitz    Signature: s/ Randy Rabinowitz

Firm Name: OSH Law Project, LLC

Business Address: PO Box 3769

City/State/Zip: Washington, DC 20027

Telephone Number (Area Code): (202) 256-4080

Email Address: randy@oshlaw.org

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---