No. 22-3772

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 10, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | ) ) ) |
| Plaintiff-Appellant, | ) ) ) |
| v. | )      O R D E R ) |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, et al., | ) ) ) ) |
| Defendants-Appellees. | ) ) |

The plaintiff appeals the district court's summary judgment for defendants in this lawsuit seeking a declaration that the Occupational Safety and Health Administration's statutory power to promulgate permanent "safety standards" is unconstitutional and a permanent injunction barring enforcement of those standards. The National Association of Home Builders together with the National Federation of Independent Business move for leave to file an amici curiae brief and, separately, the Main Street Alliance moves along with the American Sustainable Business Network for leave to file an amici curiae brief. Both motions reflect the parties' consent to the filing of the amici briefs.

Accordingly, the motions for leave to file are **DENIED** as moot, and the amici curiae briefs are accepted as filed with the parties' consent.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk