**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 6, 2023

**<u>Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Thursday, April 27, 2023</u>**

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W., Rm. 7243
Washington, DC 20530

Mr. Brett Shumate
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

      Re:  No. 22-3772, *Allstates Refractory Contractors, LLC v. Martin Walsh, et al*

Dear Counsel:

    Your case is scheduled for oral argument at **9:00 a.m. (Eastern Time) on Thursday, April 27, 2023,** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio. <u>The time allotted for oral argument is 15 minutes per side</u>. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

    Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*. Please download this form from the website and file it by **March 20, 2023**.

    On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**. Court will convene at 9:00 a.m. <u>Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor</u>.

    If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

    The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                        Sincerely yours,

                                        s/Karen S. Fultz
                                        Calendar Deputy

cc: Mr. J. Benjamin Aguinaga
    Mr. Craig Becker
    Mr. Timothy S. Bishop
    Mr. Anthony J Dick
    Mr. Sean H. Donahue
    Mr. Oliver James Dunford
    Mr. Ian Fein
    Mr. Matthew James Ginsburg
    Mr. John Matthew Gore
    Ms. Brianne Jenna Gorod
    Mr. Alex Hemmer
    Ms. Alisa B. Klein
    Mr. Brett E. Legner
    Mr. Sheng Tao Li
    Mr. Brinton Lucas
    Mr. Christopher M. McLaughlin
    Mr. Sanjay Narayan
    Ms. Pamela Marie Newport
    Mr. Michael David Pepson

    Ms. Randy Sue Rabinowitz
    Mr. Nicolas Sansone
    Mr. Benjamin M. Seel
    Mr. David Christian Tryon
    Mr. Luke A. Wake
    Ms. Allison M. Zieve