# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-3772

2. Case Caption (Short Title): Allstates Refractory Contractors LLC v. Walsh, et al.

3. Argument is scheduled for 9:00am on Thursday, April 27, 2023 and will be held:
   - [✓] Live (In Person)
   - [ ] by Video
   - [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Courtney L. Dixon, will be presenting argument on behalf of:
   - [ ] Appellant / Petitioner
   - [ ] Amicus Curiae
   - [ ] Other (please specify below):
   - [✓] Appellee / Respondent
   - [ ] Intervenor
   
   _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Martin Walsh, Secretary of Labor; U.S. Department of Labor; James Frederick, Acting Assistant Sec'y of Labor for Occupational Health and Safety; OSHA

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:
   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 17, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Courtney L. Dixon

---

*Click here to see a completed example of this form.*