# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-3772

2. Case Caption (Short Title): Allstates Refractory Contractors, LLC v. Walsh

3. Argument is scheduled for 9:00 a.m. on Thursday, April 27, 2023 and will be held:

   [✓] Live (In Person)    [ ] by Video    [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: (703) 647-0319

4. I, Brett A. Shumate , will be presenting argument on behalf of:

   [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):

   [ ] Appellee / Respondent    [ ] Intervenor    _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Allstates Refractory Contractors, LLC

6. Minutes reserved for rebuttal, if applicable: 4 (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____    B. Total number of minutes to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____    D. Your assigned minutes: _____

**If you have not previously registered as an ECF filer and
filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I certify that on Brett A. Shumate the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Brett A. Shumate

*Click here to see a completed example of this form.*