**607 - 6th Floor West Courtroom, 9:00 A.M.**         **Thursday, April 27, 2023**

**Cook, Griffin, Nalbandian**

**22-3772    Allstates Refractory Contractors, LLC v. Martin Walsh, et al.**

| Allstates Refractory Contractors, LLC | ret | Brett Shumate |

**Plaintiff - Appellant**

*4 Minutes Rebuttal*

**V.**

| Martin J. Walsh, et al. | gvt | Courtney L. Dixon |

**Defendants - Appellees**

*Robin L. Johnson, Courtroom Deputy*

Plaintiff appeals the district court's summary judgment for defendants in this lawsuit seeking a declaration that the Occupational Safety and Health Administration's statutory power to promulgate permanent "safety standards" is unconstitutional and a permanent injunction barring enforcement of those standards.   (15 Minutes Per Side)