## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 22, 2023

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Brett Shumate
Jones Day
51 Louisiana Avenue, N.W.
20001-2113
Washington, DC 20001

    Re:  Case No. 22-3772, *Allstates Refractory Contractors, LLC v. Julie A. Su, et al*
           Originating Case No. : 3:21-cv-01864

Dear Counsel,

   Please note the updated caption for the above referenced appeal. If you have any questions, please feel free to contact the Clerk's office.

                              Sincerely yours,

                              s/Leon T. Korotko
                              Case Manager
                              Direct Dial No. 513-564-7069

cc:  Mr. J. Benjamin Aguinaga
     Mr. Craig Becker
     Mr. Timothy S. Bishop
     Mr. Anthony J Dick
     Mr. Sean H. Donahue
     Mr. Oliver James Dunford

Mr. Ian Fein
Mr. Matthew James Ginsburg
Mr. John Matthew Gore
Ms. Brianne Jenna Gorod
Mr. Alex Hemmer
Ms. Alisa B. Klein
Mr. Brett E. Legner
Mr. Sheng Tao Li
Mr. Brinton Lucas
Mr. Christopher M. McLaughlin
Mr. Sanjay Narayan
Ms. Pamela Marie Newport
Mr. Michael David Pepson
Ms. Randy Sue Rabinowitz
Mr. Nicolas Sansone
Mr. Benjamin M. Seel
Mr. David Christian Tryon
Mr. Luke A. Wake
Ms. Allison M. Zieve