ALLSTATES REFRACTORY CONTRACTORS, LLC

                Plaintiff - Appellant

v.

JULIE A. SU, in her official capacity as Acting Secretary of Labor; U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO