No. 22-3772
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ALLSTATES REFRACTORY CONTRACTORS, LLC,

*Plaintiff-Appellant*,

v.

JULIE A. SU, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Ohio, Western Division
(No. 3:21-cv-01864, Hon. Jack Zouhary)

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
AMERICANS FOR PROSPERITY FOUNDATION IN SUPPORT OF
APPELLANT'S PETITION FOR REHEARING EN BANC**

Michael Pepson
AMERICANS FOR PROSPERITY FOUNDATION
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
571.329.4529
mpepson@afphq.org

October 10, 2023                    *Attorney for Amicus Curiae*

Pursuant to FRAP 29(b), Americans for Prosperity Foundation ("AFPF") respectfully moves this Court for leave to file the accompanying amicus brief in support of Appellant's Petition for Rehearing En Banc. Appellant consents to the filing of AFPF's proposed brief. The government defers to the Court as to whether it will accept amicus briefs in support of rehearing en banc.

## I. Interest of Proposed *Amicus Curiae*

Proposed *amicus curiae* AFPF is a 501(c)(3) nonprofit organization committed to educating and training Americans to be courageous advocates for the ideas, principles, and policies of a free and open society. One of those ideas is how the separation of powers is vital to protect liberty. As part of this mission, it appears as *amicus curiae* before federal and state courts. AFPF regularly files amicus briefs in cases implicating Article I of the Constitution.[1] AFPF previously appeared as *amicus curiae* in support of Appellant during this Court's initial consideration of this case.[2] *See* Br. of *Amici Curiae* AFPF in Support of Appellant, No. 22-3772, Dkt. No. 21 (6th Cir., filed Nov. 14, 2022).

---

[1] *See, e.g.,* Br. of *Amicus Curiae* AFPF in Support of Petitioners, *West Virginia v. EPA*, Nos. 20-1530, 20-1531, 20-1778, 20-1780 (U.S., filed Dec. 21, 2021); Br. of *Amicus Curiae* AFPF in Support of Petitioners, *Sackett v. EPA*, No. 21-454 (U.S., filed April 14, 2022); Br. of *Amicus Curiae* AFPF in Support of Respondents, *Biden v. Nebraska*, No. 22-506 (U.S., filed Dec. 1, 2022); Br. of *Amicus Curiae* AFPF in Support of Respondents, *CFPB v. CFSA*, No. 22-448 (U.S., filed July 7, 2023).

[2] This Court has previously granted AFPF leave to file an amicus brief in support of a petition for rehearing en banc. *See* Order, *Calcutt v. FDIC*, No. 20-4303 (6th Cir.,

## II.     Desirability and Relevance of Proposed *Amicus Brief*

AFPF respectfully submits that the proposed brief is both "desirable" and "relevant" to the disposition of this case. FRAP 29(a)(3); *see also Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002) ("The criterion of desirability . . . is open-ended, but a broad reading is prudent.").

"'An *amicus curiae* brief which brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties is of considerable help to the Court.'" FRAP 29, 1998 advisory comm. note (quoting S. Ct. R. 37.1). AFPF believes that its proposed amicus brief is highly relevant and focuses on points, perspectives, and analysis that are unique from, or materially build on, the arguments Appellant has advanced. Specifically, AFPF's brief explores the broader statutory interpretation and constitutional implications of this case, including the importance and practical implications of enforcing the separation of powers. AFPF's brief also attempts to highlight the broader principles and values protected by the nondelegation doctrine.

For these reasons, AFPF respectfully submits that it is well situated to provide the Court with information helpful for the resolution of this case beyond the specific perspectives provided by counsel for the parties. *See also United States v. Michigan*,

---

filed July 29, 2022) (granting AFPF leave to file amicus brief in support of petition for rehearing en banc).

940 F.2d 143, 165–66 (6th Cir. 1991) (accepting participation of amicus curiae where amicus offered information that was "timely, useful, or otherwise necessary to the administration of justice"); *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997).

## CONCLUSION

For the foregoing reasons, AFPF respectfully submits that the Court should grant leave to file the accompanying brief in support of Appellant's Petition.

Respectfully submitted,

/s/ Michael Pepson
Michael Pepson
AMERICANS FOR PROSPERITY FOUNDATION
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
571.329.4529
mpepson@afphq.org

## CERTIFICATE OF COMPLIANCE

This Motion for Leave to File Brief of Amicus Curiae Americans for Prosperity Foundation in Support of Appellant's Petition for Rehearing En Banc complies with the type-volume limit of FRAP 27(d)(2)(A) and 32(c)(1) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 593 words. This Motion also complies with the typeface and type-style requirements of FRAP 32(a)(5)-(6) because it was prepared using Microsoft Word 2013 in Times New Roman 14-point font.

/s/ Michael Pepson
Michael Pepson

Dated: October 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I electronically filed the above Motion for Leave to File Brief of Amicus Curiae Americans for Prosperity Foundation in Support of Appellant's Petition for Rehearing En Banc with the Clerk of the Court by using the appellate CM/ECF system. I further certify that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Michael Pepson</u><br>
Michael Pepson

Dated: October 10, 2023