No. 22-3772

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 11, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> JULIE A. SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY OF LABOR FOR OCCUPATIONAL SAFETY AND HEALTH; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO, <br><br> Defendants-Appellees. | O R D E R |

**BEFORE:** COOK, GRIFFIN, and NALBANDIAN, Circuit Judges.

Upon consideration of the motion of Americans for Prosperity Foundation, for leave to file a brief as amicus curiae in support of the petition for rehearing en banc,

It is ORDERED that the motion is GRANTED.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**