**No. 22-3772**
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**
_____

ALLSTATES REFRACTORY CONTRACTORS, LLC,
                            *Plaintiff-Appellant*,

v.

JULIE A. SU, et al.,
                            *Defendants-Appellees.*
_____

On Appeal from the United States District Court
for the Northern District of Ohio (Western Division) (Zouhary, J.)
District Court Case No. 3:21-cv-1864
_____

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT**
_____

                                    Christopher M. McLaughlin
                                    JONES DAY
                                    North Point, 901 Lakeside Ave.
                                    Cleveland, OH 44114
                                    (216) 586-3939
                                    cmmclaughlin@jonesday.com

                                    *Counsel for Appellant*
                                    *Allstates Refractory Contractors, LLC*
                                    (Additional attorneys listed on
                                    signature page.)

Christopher M. McLaughlin, counsel for Appellant Allstates Refractory Contractors, LLC ("Allstates"), respectfully submits this motion to withdraw as counsel because he is departing from Jones Day, the law firm representing Allstates in this matter, effective October 31, 2023. Jones Day will continue to represent Allstates in this matter, and Brett A. Shumate of Jones Day will continue as lead counsel for Allstates.

Date: October 23, 2023               Respectfully submitted,

*/s/ Christopher M. McLaughlin*
Christopher M. McLaughlin
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939
cmmclaughlin@jonesday.com

Donald F. McGahn II
Brett A. Shumate
John M. Gore
Anthony J. Dick
Brinton Lucas
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
(202) 879-3939
bshumate@jonesday.com

J. Benjamin Aguiñaga
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
(214) 220-3939
jbaguinaga@jonesday.com

*Counsel for Appellant*
*Allstates Refractory Contractors, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2023, I electronically filed the original of the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

    */s/ Christopher M. McLaughlin*
    Christopher M. McLaughlin