# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 31, 2023

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7513
Washington, DC 20530

Re: Case No. 22-3772, *Allstates Refractory Contractors, LLC v. Julie A. Su, et al*
Originating Case No.: 3:21-cv-01864

Dear Ms. Dixon,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Tuesday, **November 14, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. J. Benjamin Aguinaga
    Mr. Craig Becker
    Mr. Timothy S. Bishop
    Mr. Anthony J Dick
    Mr. Sean H. Donahue
    Mr. Oliver James Dunford

Mr. Ian Fein
Mr. Matthew James Ginsburg
Mr. John Matthew Gore
Ms. Brianne Jenna Gorod
Mr. Alex Hemmer
Ms. Alisa B. Klein
Mr. Brett E. Legner
Mr. Sheng Tao Li
Mr. Brinton Lucas
Mr. Christopher M. McLaughlin
Mr. Sanjay Narayan
Ms. Pamela Marie Newport
Mr. Michael David Pepson
Ms. Randy Sue Rabinowitz
Mr. Nicolas Sansone
Mr. Benjamin M. Seel
Mr. Brett Shumate
Mr. David Christian Tryon
Mr. Luke A. Wake
Ms. Allison M. Zieve