IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JULIE A. SU, in her official capacity as Acting Secretary of Labor, et al.,<br><br>Defendants-Appellees. | No. 22-3772 |

**UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE RESPONSE TO REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully requests a 21-day extension of time, to and including December 5, 2023, to file a response to the petition for rehearing en banc. The government recognizes that this Court's order directing a response indicates that "no extensions will be granted." *See* Order (Oct. 31, 2023). For the reasons explained below, we nonetheless believe the requested extension is appropriate under the circumstances and will not prejudice the parties.

1. Plaintiff filed this suit in September 2021, alleging that Congress unconstitutionally delegated legislative authority to the Occupational Safety and Health Administration (OSHA). *See* Compl., R. 1, PageID#1. The district court

granted summary judgment to the government in September 2022. *See* Order, R. 30, PageID#367.

2. On August 23, 2023, a panel of this Court affirmed the district court, agreeing with two other courts of appeals that Congress did not unconstitutionally delegate lawmaking power to the agency. Op. 1.

3. On October 6, 2023, plaintiff filed a petition for rehearing en banc. Three amici filed motions for leave to file briefs in support of the petition for rehearing en banc, which this Court granted on October 11 and October 19, 2023.

3. On October 31, 2023, this Court entered an order directing the government to respond to the petition for rehearing en banc no later than "close of business on Tuesday, November 14, 2023." Order (Oct. 31, 2023).

4. The government respectfully requests a 21-day extension of time, to and including December 5, 2023, in which to respond to the petition for rehearing en banc. The undersigned believe that the requested extension is necessary to ensure adequate time to prepare and file the response to the petition, including any response to the arguments raised by the three amici that have filed briefs in support of the petition. The requested extension is also necessary to ensure adequate time to coordinate review with the agency and interested components of the Department of Justice.

Courtney Dixon, who has primary responsibility for the government's response, will be traveling and presenting oral argument to the Fifth Circuit in *Deanda*

*v. Becerra*, No. 23-10159 (5th Cir.), on November 6. Ms. Dixon will also be out of the office on November 10, a federal holiday. In addition, Ms. Dixon has primary responsibility for the government's response briefs in *Walmsley v. Federal Trade Commission*, No. 23-2687 (8th Cir.) (due December 13), and *McRorey v. Garland*, No. 23-10837 (5th Cir.) (due December 18). Ms. Dixon is also responsible for drafting the government's brief in opposition in *Oklahoma v. United States*, No. 22-5487 (S. Ct.) (due December 18). Ms. Dixon will be out of the office on prearranged travel for the Thanksgiving holiday from November 20 through November 24, further compressing these deadlines.

Alisa Klein is the supervisor on this case and also has supervisory responsibility for the following briefs and oral arguments in the courts of appeals: *Asante, et al. v. HHS*, No. 23-5055 (response brief due November 2); *Electric Clouds Inc. v. FDA*, No. 21-9577 (oral argument November 14); *Johnson v. HHS*, No. 23-5128 (reply brief due November 22). Ms. Klein will also be out of the office the week of Thanksgiving.

4. Counsel for plaintiff has represented that plaintiff takes no position on this request.

        Respectfully submitted,

        ALISA B. KLEIN
        **/s/ Courtney L. Dixon**
        COURTNEY L. DIXON
        (202) 353-8189
          Attorneys, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Room 7243
          Washington, D.C. 20530

NOVEMBER 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished automatically by the appellate CM/ECF system on all other counsel, who are CM/ECF participants.

                                              **/s/ Courtney L. Dixon**
                                              COURTNEY L. DIXON