## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 01, 2023

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7513
Washington, DC 20530

Re: Case No. 22-3772, *Allstates Refractory Contractors, LLC v. Julie A. Su, et al*
Originating Case No.: 3:21-cv-01864

Dear Ms. Dixon,

This is to advise that the court has granted your motion for an extension of time to file a response to the petition for rehearing en banc.

Your response is now due by Tuesday, **December 5, 2023.**

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. J. Benjamin Aguinaga
Mr. Craig Becker
Mr. Timothy S. Bishop
Mr. Anthony J Dick
Mr. Sean H. Donahue
Mr. Oliver James Dunford
Mr. Ian Fein
Mr. Matthew James Ginsburg
Mr. John Matthew Gore

Ms. Brianne Jenna Gorod
Mr. Alex Hemmer
Ms. Alisa B. Klein
Mr. Brett E. Legner
Mr. Sheng Tao Li
Mr. Brinton Lucas
Mr. Sanjay Narayan
Ms. Pamela Marie Newport
Mr. Michael David Pepson
Ms. Randy Sue Rabinowitz
Mr. Nicolas Sansone
Mr. Benjamin M. Seel
Mr. Brett Shumate
Mr. David Christian Tryon
Mr. Luke A. Wake
Ms. Allison M. Zieve