No. 22-3772

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ALLSTATES REFRACTORY CONTRACTORS, LLC,

    Plaintiff-Appellant,

v.

JULIE A. SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY OF LABOR FOR OCCUPATIONAL SAFETY AND HEALTH; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO,

    Defendants-Appellees.

**FILED**
Dec 20, 2023
KELLY L. STEPHENS, Clerk

O R D E R

**BEFORE:** COOK, GRIFFIN, and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

**Kelly L. Stephens, Clerk**

---

[*]Judge Stranch recused herself from participation in this ruling.