**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 28, 2023

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

　　　　　　　　Re:　Case No. 22-3772, *Allstates Refractory Contractors, LLC v. Julie A. Su, et al*
　　　　　　　　　　Originating Case No. 3:21-cv-01864

Dear Ms. Opacich:

　　Enclosed is a copy of the mandate filed in this case.

　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　s/Patricia J. Elder, Senior Case Manager
　　　　　　　　　　　　　　　　　　 for Leon Korotko, Case Manager

cc:　Mr. J. Benjamin Aguinaga
　　　Mr. Craig Becker
　　　Mr. Timothy S. Bishop
　　　Mr. Anthony J Dick
　　　Ms. Courtney L. Dixon
　　　Mr. Sean H. Donahue
　　　Mr. Oliver James Dunford
　　　Mr. Ian Fein
　　　Mr. Matthew James Ginsburg
　　　Mr. John Matthew Gore
　　　Ms. Brianne Jenna Gorod
　　　Mr. Alex Hemmer
　　　Ms. Alisa B. Klein
　　　Mr. Brett E. Legner
　　　Mr. Sheng Tao Li

Mr. Brinton Lucas  
Mr. Sanjay Narayan  
Ms. Pamela Marie Newport  
Mr. Michael David Pepson  
Ms. Randy Sue Rabinowitz  
Mr. Nicolas Sansone  
Mr. Benjamin M. Seel  
Mr. Brett Shumate  
Mr. David Christian Tryon  
Mr. Luke A. Wake  
Ms. Allison M. Zieve  

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-3772

_____

Filed: December 28, 2023

ALLSTATES REFRACTORY CONTRACTORS, LLC

    Plaintiff - Appellant

v.

JULIE A. SU, in her official capacity as Acting Secretary of Labor; U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/23/2023 the mandate for this case hereby issues today.

COSTS: None