No. 22-3772

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ALLSTATES REFRACTORY CONTRACTORS, LLC,

*Plaintiff-Appellant,*

v.

JULIE A. SU, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Ohio (Western Division) (Zouhary, J.),
Case No. 3:21-cv-1864

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE
OF J. BENJAMIN AGUIÑAGA**

J. Benjamin Aguiñaga
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
(214) 220-3939
jbaguinaga@jonesday.com

*Counsel for Plaintiff*
(Additional attorneys listed on signature page.)

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned, J. Benjamin Aguiñaga, respectfully requests that the Clerk of the Court withdraw his appearance as counsel for Plaintiff-Appellant Allstates Refractory Contractors, LLC in this appeal.

1.  Withdrawal is necessary because the undersigned attorney is departing Jones Day effective January 12, 2024.

2.  Plaintiff-Appellant will continue to be represented in this appeal by Donald F. McGahn II, Brett A. Shumate, John M. Gore, Anthony J. Dick, and Brinton Lucas of Jones Day.  This motion is not sought for purposes of delay.

3.  The undersigned counsel conferred with counsel for Defendants-Appellees on January 9, 2024. Defendants do not oppose this motion.

Dated: January 9, 2024        Respectfully submitted,

           */s/ J. Benjamin Aguinaga*

Donald F. McGahn II
Brett A. Shumate
John M. Gore
Anthony J. Dick
Brinton Lucas
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
(202) 879-3939
bshumate@jonesday.com

J. Benjamin Aguiñaga
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
(214) 220-3939
jbaguinaga@jonesday.com

*Counsel for Appellant*
*Allstates Refractory Contractors, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, I served a copy of the foregoing on all counsel of record by CM/ECF.

*/s/ J. Benjamin Aguinaga*
J. Benjamin Aguinaga

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 109 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook Std.

*/s/ J. Benjamin Aguinaga*
J. Benjamin Aguinaga
