Case No. 22-3772

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALLSTATES REFRACTORY CONTRACTORS, LLC

      Plaintiff - Appellant

v.

JULIE A. SU, in her official capacity as Acting Secretary of Labor; U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF OHIO

      Defendants - Appellees

BEFORE:  COOK, Circuit Judge;  GRIFFIN, Circuit Judge;  NALBANDIAN, Circuit Judge;

Upon consideration of the motion of J. Benjamin Aguinaga to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: January 12, 2024